# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-1834

———————————————

TERRY MAURICE NEWKIRK JR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

May 13, 2026

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROWE, NORDBY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Terry Maurice Newkirk Jr, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.